**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ANGELA MASSIONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRANCHES ACADEMY, LLC, )<br>HONEY TREE ACADEMY LLC; and )<br>KIMBERLY D. FIELDING )<br>)<br>Defendants. )<br>_____) | Case No. 6:19-CV-1254-JWB-TGG |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant jointly file this Stipulation of Dismissal with Prejudice. The Parties stipulate that this action and all claims contained in this matter should be dismissed with prejudice, with each party responsible for its own respective costs and attorneys' fees incurred as a result of this action, except as otherwise agreed.

Respectfully submitted,

| | |
|---|---|
| **HITE, FANNING &**<br>**HONEYMAN L.L.P.** | **FOULSTON SIEFKIN LLP** |
| */s/ Gaye B. Tibbets*<br>Gaye B. Tibbets, #13240<br>100 N. Broadway, Suite 950<br>Wichita, KS 67202-2209<br>(316) 265-7741<br>(316) 267-7803 (fax)<br>tibbets@hitefanning.com | */s/ Forrest T. Rhodes, Jr.*<br>Forrest T. Rhodes, Jr., #19567<br>1551 N. Waterfront Pkwy, Suite 100<br>Wichita, KS 67206<br>(316) 291-9555<br>(866) 347-5132 (fax)<br>frhodes@foulston.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gaye B. Tibbets
Gaye B. Tibbets